# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DEANGELO LOFTIS, | Case No. 1:22-cv-01266-BAM (PC) |
| Plaintiff, | ORDER CONFIRMING RECEIPT OF FILING FEE |
| v. | |
| ARISCO, *et al.*, | |
| Defendants. | |

Plaintiff Marquise DeAngelo Loftis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 6, 2022, the Court issued an order directing Plaintiff to file an application to proceed *in forma pauperis* or pay the $402.00 filing fee in full, within 45 days, to proceed with this action. (ECF No. 7.)  On November 4, 2022, the Court received the $402.00 filing fee from Plaintiff's trust account. (Receipt number #CAE100051582 $402.00 fbo Marquise Loftis AF9076 by State of California, dated November 4, 2022.)

By the instant order, the Court confirms for Plaintiff that the $402.00 filing fee was received in full on November 4, 2022, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   __**November 7, 2022**__                 ___/s/ *Barbara A. McAuliffe*___
                                                                         UNITED STATES MAGISTRATE JUDGE

1